# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

---

Case No. 5D2026-0174
L.T. Case No. 2025-CC-007203

---

TRAVIS WELLS,

    Appellant,

    v.

SANFORD PORTFOLIO 460 DE,
LLC, d/b/a Stoneridge Pointe
Apartments,

    Appellee.

---

On appeal from the County Court for Seminole County.
Wayne Eric Culver, Judge.

Travis Wells, Sanford, pro se.

No Appearance for Appellee.

April 30, 2026

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____